**Chief Judge
S. Thomas Anderson**
+ Judge York

**Case #:** 1:22 CV 1268

Schenk et al v.
McKee et al