IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BREANA SCHENK, as next best friend to Ev M, Em M and El M and the ESTATE OF KELSEY DELYAH SCHENK-MCKEE | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 1:22cv01268-STA-jay |
| v. | ) ) | |
| PAUL A. THOMAS, GIBSON COUNTY SHERIFF; and DANNY LEWIS, Chief Deputy Gibson County Sheriff's Department, and TAMELA DENISE COX, Chief Jailor/Correction officer of the Gibson County Sheriff's Department, and WILLIAM HOLBROOK, Deputy/ Correction Officer, and JAILER PRINCE, JAILER LITTRELL, JAILER HILL, JAILER MORGAN, JAILER STURDIVANT, JAILER WATSON, JAILER GILLES, JAILER MEESE, JAILER MCCARTY, JAILER YARBROUGH, JAILER KEEL JAILER PALMER, JAILER DANCE JAILER ABRAHAM, JAILER MCMINN JAILER BAILEY and GIBSON COUNTY, TENNESSEE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Undersigned counsel, Dylan E. Sutherland, makes an appearance for Defendants, Gibson County, Tennessee, Sheriff Paul A. Thomas, Danny Lewis, Tamela Cox, William Holbrook, William Morgan, Robin Meese, Beltha Yarbrough, Cordale Dance, Michael McMinn, Eric Bailey and Brandi Hill ("Defendants), without waiving any and all defenses available to these Defendants.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Dylan E. Sutherland
Dylan E. Sutherland (#040648)
*Attorneys for Defendants, Gibson County, TN*
*Thomas, Lewis, Cox, Holbrook, Morgan,*
*Meese, Yarbrough, Dance, McMinn, Bailey*
*And Hill*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
dsutherland@pgmfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document ("Notice of Appearance") was served via the United States Postal Service upon the following:

Robert T. Keeton, III
Keeton Law Offices
20240 East Main Street
P.O. Box 647
Huntingdon, TN  38344

on or before the filing date thereof.

DATE:  This the 10th  day of January, 2023.

By: s/Dylan E. Sutherland
Dylan E. Sutherland