IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BREANA SCHENK, as next best friend to Ev M, Em M and El M and the ESTATE OF KELSEY DELYAH SCHENK-MCKEE )<br><br>    Plaintiffs, )<br><br>v. )<br><br>PAUL A. THOMAS, GIBSON COUNTY SHERIFF; and DANNY LEWIS, Chief Deputy Gibson County Sheriff's Department, and TAMELA DENISE COX, Chief Jailor/Correction officer of the Gibson County Sheriff's Department, and WILLIAM HOLBROOK, Deputy/ Correction Officer, and JAILER PRINCE, JAILER LITTRELL, JAILER HILL, JAILER MORGAN, JAILER STURDIVANT, JAILER WATSON, JAILER GILLES, JAILER MEESE, JAILER MCCARTY, JAILER YARBROUGH, JAILER KEEL JAILER PALMER, JAILER DANCE JAILER ABRAHAM, JAILER MCMINN JAILER BAILEY and GIBSON COUNTY, TENNESSEE )<br><br>    Defendants. ) | 1:22cv01268-STA-jay |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants Gibson County, Tennessee, Sheriff Paul A. Thomas, Danny Lewis, Tamela Cox, William Holbrook, William Morgan, Robin Meese, Beltha Yarbrough, Cordale Dance, Michael McMinn, Eric Bailey and Brandy Hill by and through counsel of record and without waiving any and all defenses available, hereby move the Court for an extension of time to file a

response to the Complaint of the Plaintiff. Defendants state and show unto the Court as follows:

1. The Complaint in this matter was filed on December 12, 2022. (ECF No. 6).

2. Defendants were purportedly served on or around December 23, 2022

3. Further fact investigation is necessary to file a response to the Plaintiff's Complaint, and Counsel for these Defendants need additional time to investigate the complaints and the allegations of the Plaintiff against these Defendants before a responsive pleading is filed.

4. It is the belief of Counsel for Defendants that no prejudice will result to any party because of this extension, and Counsel for Plaintiff does not object to the present Motion or the relief requested herein.

Based upon the above and the record as a whole, Defendants respectfully request that an extension be granted until February 24, 2023, to file a response to the Complaint.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Dylan E. Sutherland (#040648)
*Attorneys for Defendants Gibson County, TN Thomas, Lewis, Cox, Holbrook, Morgan, Meese, Yarbrough, Dance, McMinn, Bailey And Hill*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgmfirm.com

## CERTIFICATE OF CONSULTATION

The undersigned communicated with Plaintiff's Counsel, Robert Keeton, III via telephone about this matter and notified him that he would be filing a Motion for Extension of Time to File a Responsive Pleading. In response, Mr. Keeton was agreeable to the request and confirmed that he would not oppose the relief requested.

By:     s/Nathan D. Tilly
          Nathan D. Tilly

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document ("Motion for Extension") was served via the United States Postal Service upon the following:

Robert T. Keeton, III
Keeton Law Offices
20240 East Main Street
P.O. Box 647
Huntingdon, TN  38344

on or before the filing date thereof.

DATE:  This the 10th day of January, 2023.

By:     s/Nathan D. Tilly
          Nathan D. Tilly