# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **BREANNA SCHENK, as next best friend to Ev M, Em M, and El M; and the ESTATE OF KELSEY DELYLAH SCHENK-MCKEE,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No. 1:22-cv-01268-STA-jay |
| **PAUL A. THOMAS; DANNY LEWIS; TAMELA DENISE COX; WILLIAM HOLBROOK; JAILER PRINCE; JAILER LITTRELL; JAILER HILL; JAILER MORGAN; JAILER STURDIVANT; JAILER WATSON; JAILER GILLES; JAILER MEESE; JAILER MCCARTY; JAILER YARBROUGH; JAILER KEEL; JAILER PALMER; JAILER DANCE; JAILER ABRAHAM; JAILER MCMINN; JAILER BAILEY; GIBSON COUNTY, TENNESSEE,** ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Before the Court is Defendants' Motion for Extension of Time to File Responsive Pleading (ECF No. 11) filed on January 10, 2023. For good cause shown, the Motion is **GRANTED**. The deadline for Defendants to file a responsive pleading is February 24, 2023.

**IT IS SO ORDERED.**

                                                            s/ S. Thomas Anderson
                                                            S. THOMAS ANDERSON
                                                            CHIEF UNITED STATES DISTRICT JUDGE
                                                            Date: January 11, 2023