IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BREANA SCHENK, as next best friend to Ev M, Em M and El M and the ESTATE OF KELSEY DELYAH SCHENK-MCKEE,<br><br>    *Plaintiff*,<br>v.<br><br>PAUL A. THOMAS, GIBSON COUNTY SHERIFF; and DANNY LEWIS, Chief Deputy Gibson County Sheriff's Department, and TAMELA DENISE COX, Chief Jailor/Correction officer of the Gibson County Sheriff's Department, and WILLIAM HOLBROOK, Deputy/ Correction Officer, and JAILER PRINCE, JAILER LITTRELL, JAILER HILL, JAILER MORGAN, JAILER STURDIVANT, JAILER WATSON, JAILER GILLES, JAILER MEESE, JAILER MCCARTY, JAILER YARBROUGH, JAILER KEEL JAILER PALMER, JAILER DANCE JAILER ABRAHAM, JAILER MCMINN JAILER BAILEY and GIBSON COUNTY, TENNESSEE,<br><br>    *Defendants*. | No. 1:22-cv-01268-STA-jay |

## MOTION TO DISMISS

Defendants Gibson County, Tennessee, Sheriff Paul A. Thomas, Danny Lewis, Tamela Cox, William Holbrook, William Morgan, Robin Meese, Beletha Yarbrough, Cordale Dance, Michael McMinn, Eric Bailey, and Brandy Hill respectfully move this Court to dismiss Plaintiff's claims pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE. In support thereof, Defendants rely upon their Memorandum of Law in Support of Defendants' Motion to Dismiss.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Dylan E. Sutherland (#040648)
*Attorneys for Defendants Gibson County, TN, Thomas, Lewis, Cox, Holbrook, Morgan, Meese, Yarbrough, Dance, McMinn, Bailey, and Hill*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgmfirm.com
dsutherland@pgmfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Robert T. Keeton, III
KEETON LAW OFFICES
20240 East Main Street
P.O. Box 647
Huntingdon, TN  38344

DATE:   On this the 20th day of February, 2023.

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly