UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BREANA SCHENK, as next
best friend to Ev M, Em M, and El M,
and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,
        Plaintiffs,

vs.                                    No. 1:22-cv-01268-STA-jay
                                       JURY DEMAND

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and
TAMELA DENISE COX,
Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER PRINCE, JAILER LITTRELL, JAILER
HILL, JAILER MORGAN, JAILER STURDIVANT,
JAILER WATSON, JAILER GILLES, JAILER
MEESE, JAILER MCARTY, JAILER YARBROUGH,
JAILER KEEL, JAILER PALMER, JAILER DANCE,
JAILER ABRAHAM, JAILER MCMINN, JAILER BAILEY,
and GIBSON COUNTY, TENNESSEE.
        Defendants.

ORDER GRANTING MOTION FOR EXTENSION OF TIME

        Plaintiffs' motion to be allowed a ten (10) day extension until March 30, 2023, to respond

to Defendant's Motion to Dismiss is **GRANTED**. (ECF No. 14.) Plaintiffs shall have an extension

until March 30, 2023, in which to respond to the Motion to Dismiss.

        IT IS SO ORDERED.

                        s/ S. Thomas Anderson
                        S. Thomas Anderson
                        United States District Court Judge

                        Date:  March 21, 2023