

EXHIBIT A

# Activity in Case 1:22-cv-01268 Schenk et al v. McKee et al "Complaint"

From: cmecfhelpdesk@tnwd.uscourts.gov
To: courtmail@tnwd.uscourts.gov
Date: Friday, December 2, 2022 at 05:38 PM CST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Tennessee

### Notice of Electronic Filing

The following transaction was entered by Keeton, Robert on 12/2/2022 at 5:37 PM CST and filed on 12/2/2022
**Case Name:** Schenk et al v. McKee et al
**Case Number:** 1:22-cv-01268
**Filer:**

Breana Schenk

### Document Number: 1

**Docket Text:**
COMPLAINT *Schenkas next best friend to McKee et al* against All Defendants (Filing fee $ 402 receipt number BTNWDC-4025555), filed by All Plaintiffs. (Attachments: # (1) Civil Cover Sheet, # (2) Summons, # (3) Summons, # (4) Summons, # (5) Summons, # (6) Summons, # (7) Summons, # (8) Summons, # (9) Summons, # (10) Summons, # (11) Summons, # (12) Summons, # (13) Summons, # (14) Summons, # (15) Summons, # (16) Summons, # (17) Summons, # (18) Summons, # (19) Summons, # (20) Summons, # (21) Summons, # (22) Summons)(Keeton, Robert)


**1:22-cv-01268 Notice has been electronically mailed to:**

Robert T. Keeton , III    keetonlawoffices@keetonlaw.net, keetonchrono@keetonlaw.net, roberttk3@yahoo.com

**1:22-cv-01268 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-0
] [8b5628dc74be76f2b46dcbc395a1b052868696ca093ac74fef56a70bf7d07d47677
ed23f644ea9ee5391e850cfef450185749708a5e296d4bb7d362b30d08229]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
] [a709391e768c2857e7326352f68ae6146fe8154c236f0891ed90fe4680ecdd234ac
56d9a57708e1612e303e140fafec8f5c03cb1203f1a0d8d620e4fb3aeef26]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-2
] [42ecaaac4d1d117e0edd348c347b761b6e440123bc8e465124491d0fc9a6045f5ce
75318b0c8fcabbb82e96ca4f6d663d94663578621c725dc53f829eb11966e]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-3
] [82f961614f0d60702039a3e4e768107a7e229975323904fb1227ebdba13b1e2a996
94de3b6302dabdfde5a397080a3a850256742469e76cf356d49b4c9b07663]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-4
] [75571d60d802d7eaa12e09b34acdc2162c67a86937cdf363370e28d2750dca62f9b
27c509ec5fba4b58274d69176286baee4b0c9358dc9ed35bd31ba30bc6ce3]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-5
] [a74ecd6f86571c7744eb824c61ea283e958aad658a025fd1292933ba8c4dc77b973
bf5daf979880dbb855dd7ede6c83717b5b8844f51aed58796bb5424fd8449]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-6
] [948869c316e97cd83f3af1739c195207006737043dd384cb73a6d8cbd931b7d8162
d6c030e0ae6baffe1b9171bd57c38ec462758bc984d6de49f19195f1da7e3]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-7
] [1737c82507e3214e7ef8126558e6737b33d505932a0fc692fd3c8a610da970eea03
2e90bc2b60c2168b808dfefeb4e3fc9593babaf4ea6b3d6e31789edfd3d63]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-8
] [b94f383788fbdc0c8099d201d766fa5022d61454773d0cc5eb808291de83392d892
902e9022db3a6907731b7c7d3026d386cba42cf85ccb240162cf4ae397d9e]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-9
] [02d4fa320c0c2c06b12f66994ff4b628b9ec2ab4609734435dc2a0c2dad2d4b7425
c42ec9bd650526aeeba672e9ee93494ffc4e6cb378d35033ba8c60b85a861]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
0] [c63e127e3705abe23089198610481615050 4e80598b44efd8a351be002f08f7010
09ff0700610cbb63e5fcf35e48398e711077315bf84850cf34b253b8c17b8b]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
1] [457a27712620ba0ed80072f125ae80f5f4b5d7225be9f7de098eaad8d0b02c6bf4

ceea95c3c899656fbbf3d678ca02f0000cf4985f50d2a290807ce4d64c86cc]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
2] [b62c3dfdab83cf2f2a0e2ab984abc65064d5b037484c99b7cda9fdb151ea963cc2
4baee85426a47d506cfcd617fa434761b54c382abffc153d52c711b3ade42e]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
3] [06bb12acc1c1f1c1c0d8245639b4d06a6ed51d7cd4f958b104b9134b636a7a4a96
6edde8e9da9949890792521a008e4e8afdca5666e61160268412e27525c200]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
4] [6ca0030ee092268ef4125c7c1cd61b58943c3629f0bf8ced46a2cc0dcdf29c8dff
3c0cca04542963c58b46a08221e88d924a701ef5f5346b5246d293c0a62ece]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
5] [2360de59e0ca9db2566f781a5bca3ff5e0aafd3720e208652aa16bc17c681faaf0
d7e78e853f11b4a8c5244d0f7e8056673128dbacd79e0ccee7797eabf2579c]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
6] [4c34ea10539f6ad950d7aaaaa2bb2c3067b82f07b5445d83d962940327cbc3add2
e32749a5d35f97a4370c9e8dc53fd855aad4371214eeda79a820c4c8df4d68]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
7] [b645f133cc3a5d76d19c3f1286f870e370dfc362eedea9d9e64ccd142a469b28a8
362bc426e5b02f519946d24225484fae63e85ecb084aa342a9596b4f8457a6]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
8] [bebbbebd3c0de3c3e7aa73e0a039d41043935109e52dcb99a7f1f75b0325c5b0b5
50aa8c90d2b350e2b08b83d73c18ae88398cb190642979c188cb0a1b22ba31]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-1
9] [6cde0053766436c16d92aae1bdf167fee3625e50128c7437e54482d7bcf09cfb6c
bb317d28313e3aee96ba535bb00d3964dca360e4199962ba6bb3c611a76dcc]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-2
0] [9f79c57fa7636870c705eb5b9d29c333102d1930d00ea937c42fbe936d5538d25b
3db1912c3c1eb8b5c377c6ad9dbbbb47ec323bcc632a09e6b49bd3b414953b]]
Document description:Summons
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-2
1] [196fae3bb66b222cb633e1f798cf000ed45c590f97cef13495dbe450135294d732
71f1e117832398180ad9a3bff9d77b7ed427bc0cbdddd4257274559b69e9fb]]
Document description:Summons

Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-2
2] [0e67081ff9e3d192cf2e42ca078d0175f53feca55950cd192f8008a7768ebbedbf
a345e382f33c2b752ec58a4ad877546ce83e87c01cfcd7a67a9ce77c673f76]]