IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BREANA SCHENK, as next best friend ) <br> to Ev M, Em M and El M and the ) <br> ESTATE OF KELSEY DELYAH ) <br> SCHENK-MCKEE, ) <br> ) <br>     *Plaintiff,* ) <br> v. ) <br> ) <br> PAUL A. THOMAS, GIBSON COUNTY ) <br> SHERIFF; and DANNY LEWIS, Chief ) <br> Deputy Gibson County Sheriff's ) <br> Department, and TAMELA DENISE COX, ) <br> Chief Jailor/Correction officer of the ) <br> Gibson County Sheriff's Department, and ) <br> WILLIAM HOLBROOK, Deputy/ ) <br> Correction Officer, and JAILER PRINCE, ) <br> JAILER LITTRELL, JAILER HILL, ) <br> JAILER MORGAN, JAILER ) <br> STURDIVANT, JAILER WATSON, ) <br> JAILER GILLES, JAILER MEESE, ) <br> JAILER MCCARTY, JAILER ) <br> YARBROUGH, JAILER KEEL ) <br> JAILER PALMER, JAILER DANCE ) <br> JAILER ABRAHAM, JAILER MCMINN ) <br> JAILER BAILEY and GIBSON COUNTY, ) <br> TENNESSEE, ) <br> ) <br>     *Defendants.* ) | No. 1:22-cv-01268-STA-jay |

**PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Gibson County, Tennessee, Sheriff Paul A. Thomas, Danny Lewis, Tamela Cox, William Holbrook, William Morgan, Beletha Yarbrough, Cordale Dance, Michael McMinn, Eric Bailey, Brandy Hill, and Robin Meese, by and through undersigned counsel, respectfully move this Court to dismiss (1) all of Plaintiff's claims against Defendants Gibson County, Tennessee, Sheriff Paul A. Thomas, Danny Lewis, Tamela Cox, William Holbrook, William

Morgan, Beletha Yarbrough, Cordale Dance, Michael McMinn, Eric Bailey, and Brandy Hill, (2) all "individual" claims and claims for injunctive relief brought by Plaintiff, and (3) the official-capacity claims brought against Defendant Robin Meese pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE. In support thereof, Defendants rely upon their Memorandum of Law in Support of Defendants' Partial Motion to Dismiss.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Dylan E. Sutherland (#040648)
*Attorneys for Defendants Gibson County, TN, Thomas, Lewis, Cox, Holbrook, Morgan, Meese, Yarbrough, Dance, McMinn, Bailey, and Hill*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com
dsutherland@pgtfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Robert T. Keeton, III
KEETON LAW OFFICES
20240 East Main Street
P.O. Box 647
Huntingdon, TN  38344

DATE:   On this the 1st day of May, 2023.

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly