UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

BREANA SCHENK, as next
best friend to Ev M,
Em M, and El M and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,
    Plaintiff,

vs.     No. 1:22-cv-01268-STA-jay

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and TAMELA
DENISE COX, Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER CODY PRINCE, JAILER JACOB LITTRELL,
JAILER BRANDY HILL, JAILER WILLIAM MORGAN,
JAILER JORDAN STURDIVANT, JAILER PHILIP
WATSON, JAILER STEVEN GILLES, JAILER ROBIN
MEESE, JAILER PATRICIA MCCARTNEY, JAILER
BELETHA J. YARBROUGH, JAILER JONATHAN
KEEL, JAILER LANEL PALMER, JAILER CORDALE J. DANCE,
JAILER DAVID ABRAHAM, JAILER MICHAEL MCMINN,
JAILER ERIC BAILEY, and GIBSON COUNTY, TENNESSEE.
    Defendants.

MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION TO DISMISS

    Comes now the Plaintiff, by and through her attorney, and moves the Court for an Extension of Time until Friday, June 23 in which to respond.  For grounds see attached affidavit.

                            Respectfully Submitted,
                            /s/ Robert T. Keeton III
                            ROBERT T. KEETON III, BPR# 013296
                            Keeton Law Offices
                            20240 East Main Street
                            P. O. Box 647

                              Huntingdon, TN 38344
                              731-986-4444
                              KeetonLawOffices@KeetonLaw.net

## Certificate of Consultation

I certify that I consulted defense counsel and that they

  __X__  Agreed
  _____  Disagreed
  _____  Unable to consult..

                              /s/ Robert T. Keeton III
                              ROBERT T. KEETON III, BPR# 013296
                              Keeton Law Offices
                              20240 East Main Street
                              P. O. Box 647
                              Huntingdon, TN 38344
                              731-986-4444
                              KeetonLawOffices@KeetonLaw.net

## Certificate of Service

     The undersigned hereby certificate that a true and correct copy of the foregoing document was served via the U.S. District Court ECF system upon:

Nathan D. Tilly
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
ntilly@pgmfirm.com

                              /s/ Robert T. Keeton III
                              ROBERT T. KEETON III, BPR# 013296
                              Keeton Law Offices
                              20240 East Main Street
                              P. O. Box 647
                              Huntingdon, TN 38344
                              731-986-4444
                              KeetonLawOffices@KeetonLaw.net