UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

BREANA SCHENK, as next
best friend to Ev M,
Em M, and El M and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,
    Plaintiff,

vs.                        No. 1:22-cv-01268-STA-jay

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and TAMELA
DENISE COX, Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER CODY PRINCE, JAILER JACOB LITTRELL,
JAILER BRANDY HILL, JAILER WILLIAM MORGAN,
JAILER JORDAN STURDIVANT, JAILER PHILIP
WATSON, JAILER STEVEN GILLES, JAILER ROBIN
MEESE, JAILER PATRICIA MCCARTNEY, JAILER
BELETHA J. YARBROUGH, JAILER JONATHAN
KEEL, JAILER LANEL PALMER, JAILER CORDALE J. DANCE,
JAILER DAVID ABRAHAM, JAILER MICHAEL MCMINN,
JAILER ERIC BAILEY, and GIBSON COUNTY, TENNESSEE.
    Defendants.

---

### AFFIDAVIT

---

Affiant, Robert T. Keeton III after first being duly sworn makes Oath as follows:

1. During the extension period Plaintiff counsel has had the following unexpected occurrences which have kept him from being in the office.

    A. Fiance's grandmother died May 25 with interment May 30.

    B. Had to testify as Mayor in an unemployment hearing for the Town of


Bruceton, June 2.

C. Was subpoenaed to testify in a burglary case where I was the victim.

Preliminary hearing continued late that afternoon.

D. Burglary hearing rescheduled to June 13 and did testify.

E. Unexpected doctor trip with father because sister unavailable May 26.

Further affiant saith not.

Witness my hand at Huntingdon, Tennessee, on this the _16_ day of June, 2023.

_____
ROBERT T. KEETON III

Sworn to and subscribed before me,
this the _16th_ day of June, 2023.

_Linda B. Martin_
Notary Public
My Commission Expires: _4/15/2025_

(State of Tennessee Notary Public, County of Carroll — Linda B. Martin)