UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BREANA SCHENK, as next
best friend to Ev M,
Em M, and El M and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,

      Plaintiffs,

vs.                                No. 1:22-cv-01268-STA-jay

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and TAMELA
DENISE COX, Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER CODY PRINCE, JAILER JACOB LITTRELL,
JAILER BRANDY HILL, JAILER WILLIAM MORGAN,
JAILER JORDAN STURDIVANT, JAILER PHILIP
WATSON, JAILER STEVEN GILLES, JAILER ROBIN
MEESE, JAILER PATRICIA MCCARTNEY, JAILER
BELETHA J. YARBROUGH, JAILER JONATHAN
KEEL, JAILER LANEL PALMER, JAILER CORDALE J. DANCE,
JAILER DAVID ABRAHAM, JAILER MICHAEL MCMINN,
JAILER ERIC BAILEY, and GIBSON COUNTY, TENNESSEE.

      Defendants.

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME**

This cause came on to be upon the agreement of the parties and Motion filed by Plaintiffs (ECF No. 24) to be allowed an extension until June 23, 2023, to respond to Defendant's Motion to Dismiss. Whereupon the Court finds good cause, and said Motion is **GRANTED**.

Plaintiffs shall have an extension until June 23, 2023, in which to respond to the Motion to Dismiss.

IT IS SO ORDERED.

                                                  s/ S. Thomas Anderson
                                                  S. Thomas Anderson
                                                  United States District Judge

                                                  Date:  June 16, 2023