

# Activity in Case 1:22-cv-01268 Schenk et al v. McKee et al "Complaint"

From: cmecfhelpdesk@tnwd.uscourts.gov
To: courtmail@tnwd.uscourts.gov
Date: Friday, December 2, 2022 at 05:38 PM CST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Western District of Tennessee**

## Notice of Electronic Filing

The following transaction was entered by Keeton, Robert on 12/2/2022 at 5:37 PM CST and filed on 12/2/2022

**Case Name:** Schenk et al v. McKee et al
**Case Number:** 1:22-cv-01268
**Filer:**

Breana Schenk

**Document Number:** 1

**Docket Text:**
**COMPLAINT** *Schenkas next best friend to McKee et al* against All Defendants (Filing fee $ 402 receipt number BTNWDC-4025555), filed by All Plaintiffs. (Attachments: # (1) Civil Cover Sheet, # (2) Summons, # (3) Summons, # (4) Summons, # (5) Summons, # (6) Summons, # (7) Summons, # (8) Summons, # (9) Summons, # (10) Summons, # (11) Summons, # (12) Summons, # (13) Summons, # (14) Summons, # (15) Summons, # (16) Summons, # (17) Summons, # (18) Summons, # (19) Summons, # (20) Summons, # (21) Summons, # (22) Summons)(Keeton, Robert)

1:22-cv-01268 Notice has been electronically mailed to:

Robert T. Keeton , III    keetonlawoffices@keetonlaw.net, keetonchrono@keetonlaw.net, roberttk3@yahoo.com

1:22-cv-01268 Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=12/2/2022] [FileNumber=4520182-0
] [8b5628dc74be76f2b46dcbc395a1b052868696ca093ac74fef56a70bf7d07d47677
ed23f644ea9ee5391e850cfef450185749708a5e296d4bb7d362b30d08229]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**