UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BREANA SCHENK, as next
best friend to Ev M, Em M, and El M,
and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,
    Plaintiffs,

vs.                                  No. 1:22-cv-01268-STA-jay
                                       JURY DEMAND

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and
TAMELA DENISE COX,
Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER PRINCE, JAILER LITTRELL, JAILER
HILL, JAILER MORGAN, JAILER STURDIVANT,
JAILER WATSON, JAILER GILLES, JAILER
MEESE, JAILER MCARTY, JAILER YARBROUGH,
JAILER KEEL, JAILER PALMER, JAILER DANCE,
JAILER ABRAHAM, JAILER MCMINN, JAILER BAILEY,
and GIBSON COUNTY, TENNESSEE.
    Defendants.

ORDER REQUIRING STATUS REPORT AS TO THE UNSERVED DEFENDANTS
AND
ORDER TO SHOW CAUSE WHY THE ACTION AS TO THE
UNSERVED DEFENDANTS SHOULD NOT BE DISMISSED

    An amended complaint in this matter was filed on April 18, 2023 (ECF No. 18), and summonses were issued that same day. (ECF No. 19.) Summonses for Jailers Prince, Littrell, Sturdivant, Watson, Gilles, McCarty, Keel, Palmer, and Abraham have not been returned as executed although the requisite time to do so has passed.

Rule 4 of the Federal Rules of Civil Procedure governs process and service of process. "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m), in turn, provides that

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1).

Fed. R. Civ. P. 4(m).

Plaintiffs are hereby **ORDERED** to file a report as to the status of the service of these Defendants and to **SHOW CAUSE** why they should not be dismissed from the action for Plaintiffs' failure to serve them with process within the requisite time. Plaintiffs will have fourteen (14) days from the entry of this order in which to file their status report and their response to the order to show cause.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Court Judge

Date:  August 15, 2023