UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

BREANA SCHENK, as next
best friend to Ev M,
Em M, and El M and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,
    Plaintiff,

vs.        No. 1:22-cv-01268-STA-jay

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF; and DANNY LEWIS, Chief Deputy
Gibson County Sheriff's Department and TAMELA DENISE COX,
Chief Jailor/Correction Officer of the
Gibson County Sheriff's Department and
WILLIAM HOLBROOK, Deputy/Correction Officer and
JAILER PRINCE, JAILER LITTRELL, JAILER
HILL, JAILER MORGAN, JAILER STURDIVANT,
JAILER WATSON, JAILER GILLES, JAILER
MEESE, JAILER MCARTY, JAILER YARBROUGH,
JAILER KEEL, JAILER PALMER, JAILER DANCE,
JAILER ABRAHAM, JAILER MCMINN, JAILER BAILEY,
and GIBSON COUNTY, TENNESSEE.
    Defendants.

## STATUS REPORT

    Comes now the Plaintiff, Breana Schenk, by next best friend to, Ev M, Em M, and El M, by and through her attorney of record, in response to the Court's Order of August 9, 2023 (Document 27) and reports on the Court's query as follows:

    1. Breana Schenck is the sister of Kelsey Schenck-McKee and the aunt of Ev M, Em M, and El M. The suit was brought in her name as next of kin for the exclusive benefit of the deceased's minor children Ev M, Em M and El M.

Respectfully submitted,

s/Robert T. Keeton, III
ROBERT T. KEETON, III BPR#013296
20240 East Main Street
Post Office Box 647
Huntingdon, Tennessee 38344
731-986-4444
KeetonLawOffices@KeetonLaw.net
*Counsel for Breana Schenk, by next best friend Ev M., Em M, and El M*

## Certificate of Service

The undersigned hereby certificate that a true and correct copy of the foregoing document was served via the U.S. District Court ECF system upon:

Nathan D. Tilly
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
ntilly@pgmfirm.com

/s/ Robert T. Keeton III
ROBERT T. KEETON III, BPR# 013296
Keeton Law Offices
20240 East Main Street
P. O. Box 647
Huntingdon, TN 38344
731-986-4444
KeetonLawOffices@KeetonLaw.net

s/Robert T. Keeton, III
ROBERT T. KEETON, III BPR#013296