UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BREANA SCHENK, as next
best friend to Ev M, Em M, and El M,
and the ESTATE OF
KELSEY DELYLAH SCHENK-McKEE,

      Plaintiffs,

vs.                                      No. 1:22-cv-01268-STA-jay

PAUL A. THOMAS, GIBSON COUNTY
SHERIFF, et al.,

      Defendants.

ORDER DISMISSING UNSERVED DEFENDANTS

On August 15, 2023, the Court ordered Plaintiffs to show cause why the unserved defendants should not be dismissed. (ECF No. 28.) Plaintiffs have filed their response (ECF No. 32) and agree that Jailers Littrell and Sturdivant have not been served and should be dismissed. Accordingly, the Clerk of the Court is **DIRECTED** to terminate Jailers Littrell and Sturdivant as defendants.

    IT IS SO ORDERED.

                                                  s/ S. Thomas Anderson
                                                  S. Thomas Anderson
                                                  United States District Court Judge

                                                  Date:  August 31, 2023