IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BREANA SCHENK, as next best friend to Ev M, Em M, and El M, and the ESTATE OF KELSEY DELYAH SCHENK-McKEE,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAUL A. THOMAS, GIBSON COUNTY SHERIFF, et al.,<br><br>    Defendant. | NO. 22-cv-01268- STA-jay |

---

**ORDER REQUIRING SUBMISSION OF NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

---

At the scheduling conference on September 28, 2023, the parties announced that they consented to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. The parties are hereby **INSTRUCTED** to submit a signed consent form to the undersigned's ECF inbox within seven (7) days of the entry of this order.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  October 10, 2023